EAG:NR
F.#2011R02006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

KEYLA LASSALLE,

           Defendant.

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 12-56 (S-1)(BMC)
(T. 21, U.S.C., §§ 853(a),
853(p), 960(b)(1)(A)
and 963; T. 18, U.S.C.,
§§ 3551 et seq.)

- - - - - - - - - - - - - - - - -X

THE UNITED STATES ATTORNEY CHARGES:

### CONSPIRACY TO IMPORT HEROIN

1.    On or about and between August 9, 2010 and April 17, 2011, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant KEYLA LASSALLE, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1).

(Title 21, United States Code, Sections 963 and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendant KEYLA LASSALLE that, upon her conviction of the offense charged in this Superseding Information, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of such offense to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136